COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-09-388-CV

ESTATE OF BOBBY JOE TIPTON,

DECEASED
 

 
 

----------

FROM COUNTY COURT AT LAW NO. 2 OF PARKER COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant, Marilyn Garner, Trustee Of The Bankruptcy Estate Of Joseph Weldon And Thena Kennedy’s Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue.  
See 
Tex. R. App. P.
 
42.1(d).

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  January 21, 2010

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.